APRIL 17, 1950.

*Miscellaneous Order.*

No. 449, Misc. POTTER *v.* EIDSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

*Certiorari Denied.*

No. 353. CALIFORNIA-MICHIGAN LAND & WATER CO. *v.* CITY OF PASADENA ET AL. Supreme Court of California. Certiorari denied. *Joseph L. Lewinson* and *Richard C. Goodspeed* for petitioner. *A. E. Chandler* for respondents. 

No. 595. ROBERTS, SUPERINTENDENT OF THE FIVE TRIBES AGENCY, FOR QUAPAW INDIANS, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Huston Thompson* and *Oscar P. Mast* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for the United States. 

No. 614. BROCK *v.* SOLOMON, TRUSTEE; and
No. 675. BECKER *v.* SOLOMON, TRUSTEE. C. A. 7th Cir. Certiorari denied. *Leo L. Donahoe* for petitioner in No. 614. *James A. Cosgrove* for petitioner in No. 675. *Leslie G. Pefferle* for respondent. 

No. 631. MORAIRTY *v.* MUTUAL LIFE INSURANCE CO. C. A. 9th Cir. Certiorari denied. *Elias S. Clark* for petitioner. *Denison Kitchel* for respondent. 

No. 641. JACKSON ET AL., PRACTICING AS JACKSON & HORAN, *v.* VANCE, TRUSTEE, ET AL. C. A. 10th Cir. Cer-